Advance Auto Locksmith Inc.
Richard F Wilkinson
3602 Sutton dr
Orlando, FL 32810
(321) 276-4095

FILED
2020 AUG 28 PM 3: 32

In the District Court of Florida in the county of Orange

| | |
|---|---|
| Kassia Compton | ) Case No.: 6:20-cv-01327-RBD-LRH |
| | ) ANSWER, AFFIRMATIVE DEFENSES |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Advance Auto Locksmith Inc. | ) |
| | ) |
| Defendant(s) | ) |

# I. ANSWER

Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraph numbers 5, 7, 8, 9, 10, 11, 12, 13,

2. Deny the statements contained in paragraph numbers 4, 14, 15, 18, 20, 21, 22, 23,

3. Lack knowledge about the truth and therefore deny the statements contained in paragraphs numbers 1, 2, 3, 6, 16, 17, 19, 24, 25, 26,

[Affirmative Defense] - 1

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:

Dated this August 27, 2020

*[signature: Richard F Wilkinson]*

Advance Auto Locksmith Inc.

Richard F Wilkinson
3602 Sutton dr
Orlando, FL 32810
(321) 276-4095

[Affirmative Defense] - 2