UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KASSIA COMPTON,

    Plaintiff,

v.                                            Case No. 6:20-cv-1327-Orl-37LRH

ADVANCE AUTO LOCKSMITH, INC.;
DARRAN DENT; and RICHARD
WILKINSON,

    Defendants.
_____

## ORDER

This matter is before the Court *sua sponte*. Defendant Richard Wilkinson, proceeding *pro se*, filed an answer in this case for himself and Defendant Advance Auto Locksmith, Inc. (Doc. 10 ("**Answer**").) But a corporation must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Answer (Doc. 10) is **STRICKEN** as to Defendant Advance Auto Locksmith, Inc.

2. Defendant Advance Auto Locksmith, Inc. is **DIRECTED** to have counsel file a notice of appearance on its behalf by **Wednesday, September 9, 2020**, or be subject to default upon a motion by Plaintiff.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 2, 2020.



Copies to:
Counsel of Record
*Pro Se* Party