# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KASSIA COMPTON,**

    **Plaintiff,**

**v.**                                                                     **Case No:   6:20-cv-1327-Orl-37LRH**

**ADVANCE AUTO LOCKSMITH, INC.,**
**DARRAN DENT and RICHARD**
**WILKINSON,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 14)**
>
> **FILED:**     **September 8, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff instituted this case against Defendants on July 24, 2020.  Doc. No. 1.  On August 28, 2020, Defendant Richard Wilkinson, *pro se*, filed an answer and affirmative defenses on behalf of himself and Defendant Advance Auto Locksmith, Inc.  Doc. No. 10.  Because a corporation must be represented by counsel, the Court struck the answer as to Defendant Advance Auto Locksmith.  Doc. No. 12.  The Court ordered Defendant Advance Auto Locksmith to have counsel appear on its behalf by September 9, 2020.  *Id.*

- 2 -

On September 8, 2020, counsel appeared on behalf of both Defendants Richard Wilkinson and Advance Auto Locksmith. Doc. No. 13. Now, through counsel, both Defendants Richard Wilkinson and Advance Auto Locksmith seek an extension of time to respond to the complaint. Doc. No. 14. Plaintiff does not oppose the motion. *Id.* ¶ 6.

As it relates to Defendant Advance Auto Locksmith, the undersigned finds the request well taken. Defendant Advance Auto Locksmith shall answer or otherwise respond to the complaint no later than **September 25, 2020**.

Defendant Richard Wilkinson has already filed an answer to the complaint, however. Doc. No. 10. Pursuant to Federal Rule of Civil Procedure 15, a party may amend its pleading once as a matter of course within 21 days after serving it. Fed. R. Civ. P. 15(a)(1)(A). The Court construes the motion as it relates to Defendant Richard Wilkinson as a request for an extension of time to file an amended answer under Rule 15. Upon review, the request will likewise be granted. Defendant Richard Wilkinson shall have up to and including **September 25, 2020** to file an amended answer.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2020.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties