# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:20-CV-01327-RBD-LRH

Plaintiff:
**Kassia Compton**

vs.

Defendant:
**Advance Auto Locksmith, Inc., et al.**

For:
Mary E. Lytle
Lytle & Barszcz
533 Versailles Dr.
2nd Floor
Maitland, FL 32751

Received by Aallen Bryant & Associates, Inc. on the 5th day of August, 2020 at 11:10 am to be served on **Darran J. Dent, 1400 Guinevere Drive, Casselberry, FL 32707**.

I, L. Allen Bryant, being duly sworn, depose and say that on the **16th day of September, 2020** at **9:30 am**, I:

**INDIVIDUALLY** served the within named person by delivering a true copy of the **Summons and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me to: **Darran Dent** at the address of: **1218 Alden Rd., Orlando, FL 32803**.

**Additional Information pertaining to this Service:**
There was no contact made with any resident at 1400 Guinevere Drive, Casselberry, FL 32707. The defendant owns the property. A vehicle in the drive on one attempt was registered to him at this address.

Served at the business: 1218 Alden Road Orlando, FL 32803.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am of legal age, and have no interest in the above action.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 16th day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC
KATHERINE PERDOMO
Commission # GG 956907
Expires February 10, 2024
Bonded Thru Budget Notary Services

L. Allen Bryant

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2020009305

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1r



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| KASSIA COMPTON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   6:20-cv-1327-ORL-37LRH |
| ADVANCE AUTO LOCKSMITH, INC., A Florida Profit Corporation, RICHARD WILKINSON, an individual, and DARRAN DENT, an individual, | ) | |
| *Defendant(s)* | ) | |

Date: 9/14/20   Time: 6930
Initials: [illegible]   ID#: 451

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DARRAN DENT
1400 GUINEVERE DRIVE
CASSELBERRY, FL 32707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary E. Lytle, Esq.
David V. Barszcz, Esq.
LYTLE & BARSZCZ P.A.
533 Versailles Drive
2nd Floor
Maitland, Florida 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   July 27, 2020

LaDarrius Jernigan
*Signature of Clerk or Deputy Clerk*