UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KASSIA COMPTON,

     Plaintiff,

v.                                         Case No. 6:20-cv-1327-Orl-37LRH

ADVANCE AUTO LOCKSMITH, INC.;
DARRAN DENT; and RICHARD
WILKINSON,

     Defendants.

_____

     Plaintiff sued Defendants for failure to pay overtime wages under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 25 ("**Motion**"); Doc. 25-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting the Motion in part and approving the Agreement, finding it fair and reasonable. (Doc. 26 ("**R&R**").)

     The parties do not object to the R&R (Doc. 27), so the Court has examined it only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

     It is **ORDERED AND ADJUDGED**:

     1.      U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation

(Doc. 26) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  The parties' Renewed Joint Motion for Approval of Settlement and Motion to Dismiss the Case (Doc. 25) is **GRANTED IN PART AND DENIED IN PART:**

    a.  The parties' Settlement Agreement and Mutual Release of Claims (Doc. 25-1) is **APPROVED**;

    b.  In all other respects, the Motion is **DENIED**.

3.  This case is **DISMISSED WITH PREJUDICE.**

4.  The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 19, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record